```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                    :
                                                          :
KEURIG GREEN MOUNTAIN SINGLE-      :    14-MC-2542 (VSB)
SERVE COFFEE ANTITRUST                   :
LITIGATION                                            :    ORDER
                                                          :
                                                          :
                                                          :
                                                          :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    The Clerk's Office is respectfully directed to strike Docket Entry No. 51 and the associated deficiency notice from the docket.

SO ORDERED.

Dated:    August 25, 2014
            New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge