```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
IN RE:                                                     :
                                                           :
KEURIG GREEN MOUNTAIN SINGLE-                              :
SERVE COFFEE ANTITRUST                                     :        14-MD-2542 (VSB)
LITIGATION                                                 :        14-MC-2542 (VSB)
                                                           :
This order relates to all cases                            :            ORDER
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On October 6, 2023, I received the Special Master's Initial Report and Recommendation (the "Report") resolving the outstanding sealing requests. As set forth in the Report, the Special Master's recommended rulings on the sealing requests are grouped by the party making the request and divided into sixteen separate appendices (the "Appendices"). Having reviewed the Report and its Appendices, the Clerk of Court is respectfully directed to file the Report and its Appendices under seal as follows:

- The Report shall be filed under seal, with access provided to all parties.
- Appendix A shall be filed under seal, with access provided to Plaintiffs and Defendants.
- Appendix B shall be filed under seal, with access provided to Plaintiffs, Defendants, and R.C. Bigelow, Inc.
- Appendix C shall be filed under seal, with access provided to Plaintiffs, Defendants, and Dunkin Brands, Inc.
- Appendix D shall be filed under seal, with access provided to Plaintiffs, Defendants, and Grupo Phoenix Corporate Services LLC.
- Appendix E shall be filed under seal, with access provided to Plaintiffs, Defendants, and The J.M. Smucker Co.
- Appendix F shall be filed under seal, with access provided to Plaintiffs, Defendants, Winpak Portion Packaging, Inc., Winpak Heat Seal Packaging, Inc., and Winpak Heat Seal Corporation.
- Appendix G shall be filed under seal, with access provided to Plaintiffs, Defendants, and Flint Group, Inc.
- Appendix H shall be filed under seal, with access provided to Plaintiffs, Defendants, and Peet's Coffee & Tea, Inc.

- Appendix I shall be filed under seal, with access provided to Plaintiffs, Defendants, JAB Holding Company, LLC, and JAB Holding Company S.a.r.l.
- Appendix J shall be filed under seal, with access provided to Plaintiffs, Defendants, and Microtrace Corp.
- Appendix K shall be filed under seal, with access provided to Plaintiffs, Defendants, and Walmart Inc.
- Appendix L shall be filed under seal, with access provided to Plaintiffs, Defendants, Essendant Co., and Staples, Inc.
- Appendix M shall be filed under seal, with access provided to Plaintiffs, Defendants, and Sagentia, Ltd.
- Appendix N shall be filed under seal, with access provided to Plaintiffs, Defendants, and Office Depot LLC.
- Appendix O shall be filed under seal, with access provided to Plaintiffs, Defendants, and Starbucks Corporation.
- Appendix P shall be filed under seal, with access provided to Plaintiffs, Defendants, and Vistar.

Because the Special Master has requested supplemental submissions regarding certain sealing requests, IT IS HEREBY ORDERED THAT the deadline for all parties to file any objections to the Special Master's sealing decisions is stayed pending the Special Master's issuance of a Final Report and Recommendation.

SO ORDERED.

Dated: October 12, 2023
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge