UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
IN RE:                                                    :
:
KEURIG GREEN MOUNTAIN SINGLE-     :
SERVE COFFEE ANTITRUST                      :        14-MD-2542 (VSB)
LITIGATION                                              :        14-MC-2542 (VSB)
:
*This order relates to all cases*                 :        **ORDER**
:
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Pursuant to my Order of October 12, 2023, (Doc. 2144), the Clerk of Court is in the process of provisioning access to the Special Master's Initial Report and Recommendation as well as the appendices attached thereto. Because that process remains ongoing, it is hereby ordered that:

- All deadlines included in the Special Master's Report, including the deadline for the parties to file any objections to the sealing decisions, are stayed; and

- All requests for the sealed materials to be sent over email are denied.

I will issue an order advising the parties when the access-provisioning process is complete.

SO ORDERED.

Dated: October 13, 2023
       New York, New York

Vernon S. Broderick
United States District Judge