UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                                                                   :

IN RE:                                                                         :

KEURIG GREEN MOUNTAIN SINGLE-SERVE : 
COFFEE ANTITRUST                                :                           14-MD-2542 (VSB)
LITIGATION                                                 :                           14-MC-2542 (VSB)
                                                                        :

*This order relates to all cases*                    :                              **ORDER**
                                                                        :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       It is my understanding that the Clerk of Court has now completed the process of docketing the Special Master's Initial Report and Recommendation (the "Report") under seal, with access provisioned in accordance with my Order of October 12, 2023 (Doc. 2144). Accordingly, it is hereby:

       ORDERED that the October 18, 2023 deadline for the parties to file supplemental submissions regarding the sealing requests on which the Special Master deferred decision, (*see* Report at 8), is hereby extended to November 3, 2023.

       IT IS FURTHER ORDERED that the deadline for all parties to file any objections to the Special Master's sealing decisions is stayed pending the Special Master's issuance of a Final Report and Recommendation.

       To the extent that a party is unable to access a document to which it was granted access in my Order of October 12, 2023, (Doc. 2144), the party shall file a letter on the docket advising the Court of the issue.

SO ORDERED.

Dated:  October 26, 2023
         New York, New York

                                                                     Vernon S. Broderick
                                                                     United States District Judge