UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                          :

IN RE: KEURIG GREEN MOUNTAIN    :
SINGLE-SERVCE COFFEE ANTITRUST :
LITIGATION                                     :

                                                          :     14-MD-2542 (VSB)
                                                          :     14-MC-2542 (VSB)

This Document Relates To:                 :
The Direct Purchaser Action            :

-------------------------------------------------------X

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

This matter is before the Court on the Direct Purchaser Plaintiffs' Motion to Withdraw Susan A. Bernstein, Esq., as counsel of record for Plaintiff Sally Rizzo. The Court, having considered the Motion and accompanying declaration, GRANTS the Motion.

**IT IS HEREBY ORDERED** that Ms. Bernstein is withdrawn as counsel of record, that her appearance is deemed withdrawn as of the date of this Order, and that her e-mail address be removed from the Court's ECF service list in the above-captioned action. All future pleadings, notices, and other documents specifically concerning Plaintiff Sally Rizzo shall be served on Interim Co-Lead Counsel and Marvin Miller, Esq. of Miller Law LLC.

Dated:  May 1, 2024

                                                     Honorable Vernon S. Broderick
                                                     United States District Court Judge